# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN MOORE, III,

    Plaintiff,

v.                                            CASE NO. 3:21cv322-MCR-HTC

AMANDA RAIPH, et al.,

    Defendants.

_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation on June 2, 2021. ECF No. 18. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF No. 18, is adopted and incorporated by reference in this Order.

2. The Equal Protection Claims against Defendants Hewitt and Lajiness are DISMISSED for failure to state a claim. All claims against Defendants Stromenger, Comey, Raiph, Carroll, Rushing, Swier, and Joan Doe Nurse are DISMISSED for failure to state a claim.

3. The clerk is directed to terminate as defendants Stromenger, Comey, Raiph, Carroll, Rushing, Swier, and Joan Doe Nurse.

4. The clerk shall NOT enter judgment at this time but should refer the matter back to the magistrate judge for further proceedings on the Eighth Amendment failure-to-protect claims against Ricks, Hewitt and Lajiness.

**DONE AND ORDERED** this 8th day of July 2021.

                         s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**